# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JESSICA ROMANY,

                      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

Case No. 16-CV-1719-JPS

**ORDER**

      Jessica Romany filed a complaint in this matter and a motion for leave to proceed without prepayment of the filing fee. (Docket #1 and #2). The Court may grant the plaintiff's motion to proceed without prepayment of the filing fee if it determines that: (1) the plaintiff is truly indigent and unable to pay the costs of commencing this action; and (2) the plaintiff's action is neither frivolous nor malicious. 28 U.S.C. §§ 1915(a), (e)(2).

      As to the first requirement, the privilege to proceed without payment of costs and fees "is reserved to the many truly impoverished litigants who…would remain without legal remedy if such privilege were not afforded to them." *Brewster v. North Am. Van Lines, Inc.*, 461 F.2d 649, 651 (7th Cir. 1972). In her motion for leave to proceed *in forma pauperis*, the plaintiff made statements about her income under oath. (Docket #2). Her statements show that her monthly income totals $1,330.00, $510.00 of which comes from food stamps, and the remaining $820.00 coming from her son's Social Security payments. *Id.* at 2. She owns no property and claims that her only savings are $100.00 in her son's account. *Id.* at 3-4. After groceries, paid for with food stamps, her expenses total $875.00 for rent, utilities, and other

essentials. *Id.* at 4-5. As her expenses exceed her income, the Court is satisfied that the plaintiff is indigent and cannot afford the filing fee.

The plaintiff's action also is not frivolous or malicious. The plaintiff submitted a complaint, which includes an allegation that the Administrative Law Judge ("ALJ") erred in reaching a decision. (Docket #1). If that contention is true, then the Court will be obliged to vacate the ALJ's decision. Thus, the plaintiff's action is neither frivolous nor malicious. For those reasons, the Court will grant the plaintiff's motion for leave to proceed without prepayment of the filing fee.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for leave to proceed without prepayment of the filing fee (Docket #2) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge